PHILLIP A. TALBERT
Acting United States Attorney
CHRISTOPHER D. BAKER
LAURA JEAN BERGER
Assistant United States Attorneys
4550 California Avenue, Suite 640
Bakersfield, CA 93309
Telephone: (661) 489-6150
Facsimile:  (661) 489-6151

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00095-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| OMAR ALBERTO NAVARRO et al., | DATE: September 22, 2021 TIME: 1:00 p.m. COURT: Hon. Barbara A. McAuliffe |
| Defendants. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on September 22, 2021.

2. By this stipulation, the parties move to continue the status conference until December 8, 2021, or the Court's earliest convenience, and to exclude time from calculation under the Speedy Trial Act between September 22, 2021, and December 8, 2021.

3. The parties agree and stipulate, and request that the Court find the following:

a) Initial discovery was transmitted to defendants (except defendant Gallegos, who was joined to the case later) on or about April 15, 2021. This discovery consisted of approximately

STIPULATION AND ORDER REGARDING EXCLUDABLE         1
PERIODS UNDER SPEEDY TRIAL ACT

880 Bates-numbered items, including audio recordings, data and transcripts of telephone calls intercepted through Court-authorized electronic surveillance, case agent reports, audio and video recordings, photographs, and laboratory results, as well as a recording of post-arrest interviews if any interview took place.  The initial discovery was transmitted under cover letter inviting defense counsel to contact the government in the event they wished to inspect any physical evidence seized during the investigation of the case.

b)	On or about June 14, 2021, the government transmitted supplemental discovery to the defendants, consisting of additional reports of investigation, laboratory results and photographs.

c)	Following her arraignment on July 22, 2021, the above-referenced discovery was produced to defendant Gallegos on July 27 and August 3, 2021.

d)	Counsel for defendants desire additional time to review discovery, consult with their clients, conduct investigation and research related to the charges, and to otherwise prepare for trial.

e)	Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f)	Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

g)	For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 22, 2021 to December 8, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

/ / /

/ / /

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act provide that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 13, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ CHRISTOPHER D. BAKER
CHRISTOPHER D. BAKER
Assistant United States Attorney

/s/ ROBERT L. FORKNER
ROBERT L. FORKNER
Counsel for defendant Omar Alberto Navarro

/s/ DAVID A. TORRES
DAVID A. TORRES
Counsel for defendant Miguel Angel Martinez

/s/ JOHN F. GARLAND
JOHN F. GARLAND
Counsel for defendant David Delgado Gonzalez

/s/ ERIN M. SNIDER
ERIN M. SNIDER
Counsel for defendant Randal Jason Newell

/s/ KEVIN P. ROONEY
KEVIN P. ROONEY
Counsel for defendant Lizette Mendez

/s/ BARBARA HOPE O'NEILL
BARBARA HOPE O'NEILL
Counsel for defendant Amayrani Jared Arreguin

/s/ ROGER D. WILSON
ROGER D. WILSON
Counsel for defendant Yvette Gallegos

## **ORDER**

IT IS SO ORDERED that the status conference is continued from September 22, 2021, to **December 8, 2021, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: __September 15, 2021__        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE