PHILLIP A. TALBERT
Acting United States Attorney
CHRISTOPHER D. BAKER
LAURA JEAN BERGER
Assistant United States Attorneys
4550 California Avenue, Suite 640
Bakersfield, CA 93309
Telephone: (661) 489-6150
Facsimile: (661) 489-6151

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

OMAR ALBERTO NAVARRO et al.,

                Defendants.

CASE NO.  1:21-CR-00095-DAD-BAM

STIPULATION REGARDING EXCLUDABLE
TIME PERIODS UNDER SPEEDY TRIAL ACT;
ORDER

DATE: December 8, 2021
TIME: 1:00 p.m.
COURT: Hon. Barbara A. McAuliffe

**STIPULATION**

      Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

      1.      By previous order, this matter was scheduled for a status conference on December 8, 2021.

      2.      By this stipulation, the parties move to continue the status conference until March 9, 2022, or the Court's earliest convenience, and to exclude time from calculation under the Speedy Trial Act between December 8, 2021, and March 9, 2022.

      3.      The parties agree and stipulate, and request that the Court find the following:

      a)      Initial discovery was transmitted to defendants (except defendant Gallegos, who was joined to the case later) on or about April 15, 2021.  This discovery consisted of approximately

880 Bates-numbered items, including audio recordings, data and transcripts of telephone calls intercepted through Court-authorized electronic surveillance, case agent reports, audio and video recordings, photographs, and laboratory results, as well as a recording of post-arrest interviews if any interview took place.  The initial discovery was transmitted under cover letter inviting defense counsel to contact the government in the event they wished to inspect any physical evidence seized during the investigation of the case.

b)      On or about June 14, 2021, the government transmitted supplemental discovery to the defendants, consisting of additional reports of investigation, laboratory results and photographs.

c)      Following her arraignment on July 22, 2021, the above-referenced discovery was produced to defendant Gallegos on July 27 and August 3, 2021.

d)      On or about November 19, 2021, the government transmitted supplemental discovery to the defendants, consisting of additional reports of investigation, laboratory results and photographs.

e)      Counsel for defendants desire additional time to review discovery, consult with their clients, conduct investigation and research related to the charges, and to otherwise prepare for trial.

f)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

g)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

h)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 8, 2021 to March 9, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act provide that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  November 30, 2021                                    PHILLIP A. TALBERT
                                                            Acting United States Attorney


                                                    By:   /s/ CHRISTOPHER D. BAKER
                                                            CHRISTOPHER D. BAKER
                                                            Assistant United States Attorney


/s/ ROBERT L. FORKNER                         /s/  DAVID A. TORRES
ROBERT L. FORKNER                             DAVID A. TORRES
Counsel for defendant Omar Alberto Navarro    Counsel for defendant Miguel Angel Martinez


/s/ JOHN F. GARLAND                           /s/  ERIN M. SNIDER
JOHN F. GARLAND                               ERIN M. SNIDER
Counsel for defendant David Delgado Gonzalez  Counsel for defendant Randal Jason Newell


/s/ KEVIN P. ROONEY                           /s/  BARBARA HOPE O'NEILL
KEVIN P. ROONEY                               BARBARA HOPE O'NEILL
Counsel for defendant Lizette Mendez          Counsel for defendant Amayrani Jared Arreguin


/s/ ROGER D. WILSON
ROGER D. WILSON
Counsel for defendant Yvette Gallegos

**ORDER**

IT IS SO ORDERED that the status conference is continued from December 8, 2021, to **March 9, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   __December 1, 2021__          __/s/ Barbara A. McAuliffe__
                                                              UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER REGARDING EXCLUDABLE
PERIODS UNDER SPEEDY TRIAL ACT