1 | PHILLIP A. TALBERT
United States Attorney
2 | CHRISTOPHER D. BAKER
Assistant United States Attorneys
3 | 4550 California Ave., Suite 640
Bakersfield, CA 93309
4 | Telephone: (661) 489-6150
Facsimile:  (661) 489-6151

6 | Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00095-DAD-BAM |
|---|---|
| Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
| v. | |
| OMAR ALBERTO NAVARRO, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the government's Request to Seal, IT IS HEREBY ORDERED that (1) an erroneously filed plea agreement (ECF No. 152), and (2) a request to seal documents SHALL BE SEALED until further order of this Court.

Further, IT IS HEREBY ORDERED that ECF No. 152 shall be disregarded on the docket.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's request, sealing the government's motion serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no

/////

/////

1

additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

IT IS SO ORDERED.

Dated: **August 11, 2022**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE