PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
4550 California Ave., Suite 640
Bakersfield, CA 93309
Telephone: (661) 489-6150
Facsimile: (661) 489-6151

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> OMAR ALBERTO NAVARRO, <br><br> Defendant. | CASE NO. 1:21-CR-00095-DAD-BAM <br><br> STIPULATION TO SCHEDULE CHANGE OF PLEA HEARING AND EXCLUDING TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER <br><br> DATE: October 24, 2022 <br> TIME: 8:30 a.m. <br> COURT: Hon. District Judge Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On August 11, 2022, the parties filed a plea agreement. ECF No. 153.

2. The parties request the Court schedule a change of plea hearing for October 24, 2022.

3. By previous order, the Court excluded time from calculation under the Speedy Trial Act through and including September 14, 2022. ECF No. 142.

4. Counsel for defendant is unavailable to appear for a change of plea hearing during the month of September and otherwise desires additional time to consult with his client.

5. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

1

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 14, 2022 to October 24, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

7. As to this defendant only, the parties additionally request the Court vacate the status conference currently scheduled before the Honorable Magistrate Judge Barbara A. McAuliffe on September 14, 2022.

IT IS SO STIPULATED.

Dated: August 19, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ CHRISTOPHER D. BAKER
CHRISTOPHER D. BAKER
Assistant United States Attorney

Dated: August 19, 2022

/s/ ROBERT FORKNER
ROBERT FORKNER
Counsel for Defendant
Omar Alberto Navarro

**ORDER**

Pursuant to the stipulation of the parties, a change of plea hearing in this action is now scheduled for October 24, 2022 at 8:30 a.m. before the then-assigned district judge. The time period from September 14, 2022 to October 24, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at defendant's request

/////

/////

2

on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **August 23, 2022**

_____
UNITED STATES DISTRICT JUDGE