PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4080
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OMAR ALBERTO NAVARRO,<br><br>Defendant. | CASE NO. 1:21-CR-00095-ADA-BAM<br><br>STIPULATION TO CONTINUE SENTENCING HEARING<br><br>DATE: February 6, 2023<br>TIME: 8:30 a.m.<br>COURT: Hon. District Judge Ana de Alba |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This case is currently scheduled for sentencing proceedings on February 6, 2023.

2. The parties request the Court schedule sentencing proceedings on March 13, 2023.

IT IS SO STIPULATED.

Dated: December 27, 2022                    PHILLIP A. TALBERT
                                             United States Attorney


                                             /s/ ARIN C. HEINZ
                                             ARIN C. Heinz
                                             Assistant United States Attorney

1

Dated: December 27, 2022

/s/ ROBERT FORKNER
ROBERT FORKNER
Counsel for Defendant
Omar Alberto Navarro

IT IS SO ORDERED.

Dated:   December 27, 2022

_____
UNITED STATES DISTRICT JUDGE

2