PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>OMAR NAVARRO,<br><br>　　　　　　　Defendant. | CASE NO. 1:21-CR-00095-ADA-BAM<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; FINDINGS AND ORDER<br><br>DATE: March 13, 2023<br>TIME: 8:30 a.m.<br>COURT: Hon. Ana de Alba |

**STIPULATION**

COMES NOW, Defendant, OMAR NAVARRO, by and through his attorney of record, Robert Forkner, and The United States of America, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on March 13, 2023.

2. By this stipulation, the defendant now moves to continue the sentencing hearing to **June 26, 2023, at 8:30 a.m.** before the Honorable Ana de Alba. The government does not object to and joins in this request.

3. The parties would like additional time to review the Presentence Report and prepare for sentencing proceedings. It is requested the sentencing hearing be continued to June 26, 2023, with sentencing memoranda due June 19, 2023.

IT IS SO STIPULATED.

1

| | |
|---|---|
| Dated: March 7, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ ARIN C. HEINZ<br>ARIN C. HEINZ<br>Assistant United States Attorney |
| Dated: March 7, 2023 | /s/ ROBERT L. FORKNER<br>ROBERT L. FORKNER<br>Counsel for Defendant<br>OMAR NAVARRO |

IT IS SO ORDERED.

Dated:   March 7, 2023

_____
UNITED STATES DISTRICT JUDGE

2