PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>OMAR NAVARRO,<br><br>       Defendant. | CASE NO.  1:21-CR-00095-ADA-BAM<br><br>STIPULATION TO CONTINUE SENTENCING HEARING;  FINDINGS AND ORDER<br><br>DATE: June 26, 2023<br>TIME: 8:30 a.m.<br>COURT: Hon. Ana de Alba |

**STIPULATION**

COMES NOW, Defendant, OMAR NAVARRO, by and through his attorney of record, Robert Forkner, and The United States of America, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on June 26, 2023.

2. The Court moved the sentencing proceeding to June 27, 2023 by minute order. Dkt. 203.

///

///

///

///

///

///

///

STIPULATION TO CONTINUE SENTENCING
HEARING; [PROPOSED] ORDER

1

3. By this stipulation, the defendant now moves to continue the sentencing hearing to **November 6, 2023 at 8:30 a.m.** before the Honorable Ana de Alba.  The government does not object to and joins in this request.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  June 20, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ ARIN C. HEINZ<br>ARIN C. HEINZ<br>Assistant United States Attorney |
| Dated:  June 20, 2023 | /s/ ROBERT L. FORKNER<br>ROBERT L. FORKNER<br>Counsel for Defendant<br>OMAR NAVARRO |

IT IS SO ORDERED.

Dated:   June 20, 2023

UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE SENTENCING
HEARING; [PROPOSED] ORDER

2