PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>         v.<br><br>OMAR NAVARRO,<br><br>                Defendant. | CASE NO. 1:21-CR-00095-ADA-BAM<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER<br><br>DATE: November 6, 2023<br>TIME: 8:30 a.m.<br>COURT: Hon. Ana de Alba |

**STIPULATION**

COMES NOW, Defendant, OMAR NAVARRO, by and through his attorney of record, Robert Forkner, and The United States of America, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on November 6, 2023.

2. By this stipulation, the defendant now moves to continue the sentencing hearing to March 4, 2024, at 8:30 a.m. before the Honorable Ana de Alba.

3. The defense counsel is unavailable during the currently docketed date as he will be in a jury trial in state court. Additionally, the parties require additional time to prepare for sentencing and conduct additional investigation into the sentencing guidelines as applied to the defendant.  This date represents the earliest available date given the defense counsel's schedule.

4. The government does not object to and joins in this request.

STIPULATION TO CONTINUE SENTENCING
HEARING; [PROPOSED] ORDER

1

IT IS SO STIPULATED.

Dated:  October 31, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ARIN C. HEINZ
ARIN C. HEINZ
Assistant United States Attorney

Dated:  October 31, 2023

/s/ ROBERT L. FORKNER
ROBERT L. FORKNER
Counsel for Defendant
OMAR NAVARRO

**ORDER**

IT IS SO ORDERED.

Dated:   November 3, 2023

UNITED STATES DISTRICT JUDGE