```
 1  PHILLIP A. TALBERT
    United States Attorney
 2  ARIN C. HEINZ
    Assistant United States Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559) 497-4000
    Facsimile:  (559) 497-4099
 5
 6  Attorneys for Plaintiff
    United States of America
 7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OMAR NAVARRO,<br><br>Defendant. | CASE NO. 1:21-CR-00095-ADA-BAM<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER<br><br>DATE: February 26, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
|---|---|

**STIPULATION**

COMES NOW, Defendant, OMAR NAVARRO, by and through his attorney of record, Robert Forkner, and The United States of America, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on February 26, 2024.

2. By this stipulation, the defendant now moves to continue the sentencing hearing to April 22, 2024.

3. The government does not object to and joins in this request.

IT IS SO STIPULATED.

Dated: February 25, 2024                    PHILLIP A. TALBERT
                                            United States Attorney

                                            /s/ ARIN C. HEINZ

ARIN C. HEINZ
Assistant United States Attorney

Dated: February 25, 2024

/s/ ROBERT L. FORKNER
ROBERT L. FORKNER
Counsel for Defendant
OMAR NAVARRO

## ORDER

IT IS SO ORDERED that the sentencing hearing is continued from March 4, 2024, to **April 22, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:  **February 27, 2024**         /s/ Barbara A. McAuliffe
                                                              UNITED STATES MAGISTRATE JUDGE