PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OMAR NAVARRO,<br><br>Defendant. | CASE NO. 1:21-CR-00095-NODJ-BAM<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER<br><br>DATE: May 6, 2024<br>TIME: 8:30 a.m.<br>COURT: Hon. Todd W. Robinson |

**STIPULATION**

COMES NOW, Defendant, OMAR NAVARRO, by and through his attorney of record, Robert Forkner, and The United States of America, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on April 22, 2024. Thereafter, the Court issued a minute order to the parties moving the sentencing to May 6, 2024. Defense counsel is not available on May 6, 2024, due to a conflict in his schedule. Therefore, the parties request to schedule sentencing on June 17, 2024, the next available date for sentencing that Mr. Forkner is available.

2. By this stipulation, the defendant now moves to continue the sentencing hearing to June 17, 2024.

3. The government does not object to and joins in this request.

IT IS SO STIPULATED.

STIPULATION TO CONTINUE SENTENCING
HEARING; [PROPOSED] ORDER

1

Dated: April 25, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ARIN C. HEINZ
ARIN C. HEINZ
Assistant United States Attorney

Dated: April 25, 2024

/s/ ROBERT L. FORKNER
ROBERT L. FORKNER
Counsel for Defendant
OMAR NAVARRO

## ORDER

IT IS SO ORDERED that the sentencing hearing is continued from May 6, 2024, to **June 17, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:  **April 29, 2024**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE